

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2022

No. 04-22-00181-CV

**IN RE THE STATE OF TEXAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Patricia O. Alvarez, Justice
     Beth Watkins, Justice
     Lori I. Valenzuela, Justice

In March 2022, relator filed a petition for writ of mandamus complaining of the trial court's March 23, 2022 order regarding a cell phone and a Jeep. On August 31, 2022, this court issued an opinion granting in part and denying in part relator's petition for writ of mandamus.

On September 2, 2022, relator filed a motion for rehearing of that portion of our August 31st opinion regarding the Jeep. The court is requesting a response. *See* TEX. R. APP. P. 49.2. It is therefore ORDERED that the real parties in interest may file a response, which is due **no later than October 17, 2022**.

It is so **ORDERED** on October 6, 2022.

                      **PER CURIAM**

ATTESTED TO: _____
         Michael A. Cruz,
         Clerk of Court

---

[1] This proceeding arises out of Cause No. JV-0018CCL, styled *In the Matter of M.A.C.S.C., a Juvenile*, pending in the County Court, Gillespie County, Texas, the Honorable Christopher G. Nevins presiding.